**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No. 3:10-cr-67-J-34JRK

DANIEL E. HAMPTON
          a/k/a Daniel Edmund Hampton
_____/

# O R D E R

**THIS CAUSE** is before the Court on Defendant Daniel E. Hampton's Motion to Suppress (Doc. 42) (Motion to Suppress) and Defendant's Supplemental Memorandum of Law in Support of Defendant's Motion to Suppress (Doc. 64) (Memorandum).   The Government filed a response in opposition to the Motion to Suppress.  See United States' Response to Defendant's Motion to Suppress (Doc. 65) (Response).   The Motion to Suppress was referred to the Honorable James R. Klindt, United States Magistrate Judge, to conduct an evidentiary hearing and recommend an appropriate resolution.  Accordingly, the Magistrate Judge initiated an evidentiary hearing on April 23, 2010.  See Minute Entry (Doc. 48).  During the April 23, 2010 evidentiary hearing, the Magistrate Judge issued an oral order granting in part and denying in part Defendant's Motion to Continue Suppression Hearing (Doc. 47).  See  Minute Entry (Doc. 48) and Oral Order (Doc. 68) (continuing evidentiary hearing until  May 5, 2010).  The evidentiary hearing resumed and concluded on May 5, 2010.  See Minute Entry (Doc. 52).   On September 15, 2010, the Magistrate Judge entered a Report and Recommendation (Doc. 69) (the Report) recommending that the

Motion to Suppress be denied.  <u>See</u> Doc. 69 at 33.  Thereafter, Defendant filed objections to the Report, <u>see</u> Objections to Report and Recommendation (Doc. 72) (Objections), and the Government responded, <u>see</u> United States' Response to Defendant's Objections to Report and Recommendation (Doc. 73) (Response to the Objections)**.**  This matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a <u>de</u> <u>novo</u> review of those findings.  <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir.  1993); <u>see also</u> 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions <u>de novo</u>.  <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).  Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Defendant's Objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby **ORDERED**:

1.)    Defendant's Objections to Report and Recommendation (Doc. 72) are **OVERRULED**.

2.)    The Magistrate Judge's Report and Recommendation (Doc. 69) is **ADOPTED** as the opinion of the Court.[1]

---

[1]     After conducting its <u>de novo</u> legal review of the Report, the Court notes that the correct citation of <u>United States v. Place</u> is <u>United States v. Place</u>, 462 U.S. 696 (1983).

      3.)     Defendant's Motion to Suppress (Doc. 42) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of November, 2010.

**MARCIA MORALES HOWARD**
United States District Judge

lc14

Copies to:
Counsel of Record